UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERTO GONZALEZ,

          Plaintiff,

-against-

3X1 NYC, LLC,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2020

20 Civ. 1020 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff's motion to adjourn the initial pretrial conference scheduled for April 14, 2020, ECF No. 11, is GRANTED. The initial pretrial conference shcedueld for April 14, 2020, is ADJOURNED to **May 18, 2020**, at **11:00 a.m.** By **May 11, 2020**, the parties shall file their joint letter and proposed case management plan.

    The Clerk of Court is directed to terminate the motion at ECF No. 11.

    SO ORDERED.

Dated: April 8, 2020
       New York, New York

                                    ANALISA TORRES
                                  United States District Judge