USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/17/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERTO GONZALEZ,

                Plaintiff,

-against-

3X1 NYC, LLC,

                Defendant.

20 Civ. 1020 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that by **September 21, 2020**, Plaintiff shall respond to Defendant's September 17, 2020 letter, ECF No. 28.

    It is further ORDERED that the parties shall promptly meet and confer and that, by **September 21, 2020**, Plaintiff shall file the parties' jointly proposed case management plan as described in paragraph 5 of the Court's February 7, 2020 order, ECF No. 5.

    SO ORDERED.

Dated: September 17, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge